UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY D. JONES,

      Plaintiff,                          Case No. 22-cv-11972
                                             Hon. Matthew F. Leitman

v.

DEPARTMENT OF
VETERAN AFFAIRS,

      Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of

Defendant and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                    By:    s/Holly A. Ryan_____
                                Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 31, 2024
Detroit, Michigan

1